UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

UNITED STATES OF AMERICA,

                 Plaintiff

     v.

MATTHEW SALDANA,

                Defendant.

)
)
)
)
)
)
)
)
)

CASE NO. 1:21-MJ-00003-SAB

**UNSEALING ORDER**

CASE SEALED

     Good cause appearing due to the defendant's pending appearance on a pretrial release violation, it is hereby ordered that case number 1:21-mj-00003-SAB, be UNSEALED.

IT IS SO ORDERED.

Dated:   **January 22, 2021**

_____
UNITED STATES MAGISTRATE JUDGE